UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANCIS OBIORA ENWONWU )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>KEVIN JOYCE, Sheriff, )<br>Cumberland County, et al. )<br>  )<br>    Defendants ) | CIVIL NO. 2:25-cv-00336-SDN |

## JUDGMENT

In accordance with the Order entered by Judge Stacey D. Neumann on July 28, 2028, the Petition for Writ of Habeas Corpus is dismissed without prejudice.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Cheryl J. Derrah
        Deputy Clerk

Dated: July 28, 2025